COPY

1  ROD M. FLIEGEL, Bar No. 168289
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
4  Facsimile: 415.399.8490
   E-mail: rfliegel@littler.com
5
   J. KEVIN LILLY, Bar No. 119981
6  LITTLER MENDELSON
   A Professional Corporation
7  2049 Century Park East, 5th Floor
   Los Angeles, CA 90067.3107
8  Telephone: 310.553.0308
   Fax No.: 310.553.5583
9  Email: klilly@littler.com

10 Attorneys for Defendant
   HIRERIGHT SOLUTIONS, INC.
11 (f/k/a USIS Commercial Services, Inc.)

12
                    UNITED STATES DISTRICT COURT
13
                   CENTRAL DISTRICT OF CALIFORNIA
14

15

16 | DANIEL LEWIS, on behalf of himself   | Case No. SACV09-351 JVS (ANx)
     and all persons similarly situated,
17 |                                      | **DECLARATION OF JERRI
                    Plaintiff,              MCCRAW IN SUPPORT OF
18 |                                        REMOVAL**
     v.
19 |
     USIS COMMERCIAL SERVICES,
20 | INC., and DOES 1 through 100,
     inclusive,
21 |
                    Defendant.
22

23
          I, Jerri McCraw, hereby declare and state:
24
          1.    I am employed by HireRight Solutions, Inc. (f/k/a USIS
25
   Commercial Services, Inc.) ("HireRight") as a supervisor in the Consumer
26
   Department. I work in HireRight's office in Tulsa, Oklahoma. In this capacity, I have
27

28

DECLARATION IN SUPPORT OF
REMOVAL

personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

2. HireRight received a letter from Daniel Lewis, dated August 27, 2009, during the course of communications with him regarding his dispute of information contained in a background check report created by HireRight. In his August 27, 2009 letter, Mr. Lewis states that he has "lost literally hundreds of thousands of dollars" as a result of the alleged error in the report. A true and correct copy of this letter is attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 19th day of March 2009, at Tulsa, Oklahoma.

*Jerri McCraw* (signature)
Jerry McCraw

Firmwide.89008407.1 061997.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION IN SUPPORT OF REMOVAL         2.

TR49C25299C6C004180

EXHIBIT "1"

**Daniel Lewis**
6492 South Street, #263
Lakewood, CA 90713-1500
Phone/FAX 562-867-3989
email: dblewis6@yahoo.com
email: dblewis6@ca.rr.com

August 27th, 2007

There has been an erroneous and grossly damaging report contained in my employment background records. I was convicted of a felony in 2001, but the charged was reduced to a misdemeanor on 12/12/2003. The background check firms have continued to report the case as a felony. As a result, I have not been able to secure employment for the last six years. Now, no one is willing to admit accountability for the maintenance of the felony conviction on my record. I have lost literally hundreds of thousands of dollars due to the inaccurate and continuous reporting of the case as a felony, and I now need to clear my name and to obtain a position worthy of my skill set

The judge at my reduction - to - misdemeanor hearing instructed me that, if I was queried as to whether or not I had committed a felony, I was to answer NO. I did so literally hundreds of times over the ensuing years. As the felony, but not the reduction, was on my report, I immediately looked like a liar, and was never called back for a second interview. I only recently, discovered that I even had a background check, or that the erroneous information was being provided over and over by these background check firms. I believe that employers require a means to screen out applicants, but there is a certain fiduciary duty to the public that the report be accurate and current at all times:

I believe that this is a case of gross negligence, and I have been destroyed financially by the monumental indifference of these background check companies.

How many other people have similar stories, and may not even know that they exist? These companies simply copy each other's work, and never review the documentation in their databases concerning the applicants upon they pass judgment. The time has come for full and fair disclosure. The credit reporting bureaus used to be able to stonewall a, "consumer", to use the vernacular of the industry, and provide unlimited access to anyone to dump anything into the files of a citizen, with no regard for the accuracy or the motives of the reporting entities. Now, they must offer a free report every time a, "consumer" is turned down for credit.

It is time that these background check companies meet similar requirements, including the central fact that these firms exist in the first place. How many people even know of the existence of these massive, far – reaching companies that can destroy a life with a few strokes on a keyboard?

Daniel B. Lewis