ROD M. FLIEGEL, Bar No. 168289
SARAH R. NICHOLS, Bar No. 238357
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:  415.433.1940
Fax No.:      415.399.8490
E-mail:  rfliegel@littler.com
E-mail:  snichols@littler.com

J. KEVIN LILLY, Bar No. 119981
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Fax No.:      310.553.5583
Email:  klilly@littler.com

Attorneys for Defendant
HIRERIGHT SOLUTIONS, INC.
(F/K/A USIS COMMERCIAL SERVICES, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LEWIS, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USIS COMMERCIAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  SACV-09-351 JVS (ANx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JAMES V. SELNA<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Date             March 29, 2010<br>Time:            1:30 p.m.<br>Courtroom:   10C |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT

Case No.  SACV-09-351 JVS (ANx)

**TO PLAINTIFF DANIEL LEWIS AND HIS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on March 29, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, Defendant HIRERIGHT SOLUTIONS, INC. ("Defendant") will, and hereby does move this Court, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, for an order entering summary judgment and dismissing Plaintiff's First Amended Complaint with prejudice. This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 23, 2009 and through many subsequent discussions.

Defendant seeks summary judgment or, in the alternative, partial summary judgment as to Plaintiff's individual claims or the issues therein on the following grounds:

1.   Plaintiff's First Cause of Action for Violation of the Investigative Consumer Reporting Agencies Act, California Civil Code Section 1786 *et seq.*, fails because no reasonable jury could find that HireRight failed to retain the reports about Plaintiff for at least two years, and Defendant is therefore entitled to judgment as a matter of law.

2.   Plaintiff's First Cause of Action for Violation of the Investigative Consumer Reporting Agencies Act, California Civil Code Section 1786 *et seq.*, fails because no reasonable jury could find that HireRight's identity theft disclosure was legally deficient, and Defendant is therefore entitled to judgment as a matter of law.

3.   Plaintiff's First Cause of Action for Violation of the Investigative Consumer Reporting Agencies Act, California Civil Code Section 1786 *et seq.*, fails because no reasonable jury could find that HireRight failed to maintain the requisite "strict procedures," and Defendant is therefore entitled to judgment as a matter of law.

4.   Plaintiff's claim for punitive damages for alleged violations of the Investigative Consumer Reporting Agencies Act, California Civil Code Section 1786

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF MOTION AND MOTION FOR
SUMMARY JUDGMENT AND/OR PARTIAL
SUMMARY JUDGMENT

1.   Case No.  SACV-09-351 JVS (ANx)

1  *et seq.,* fails because no reasonable jury could find a "grossly negligent" or "willful
2  violation" of the Investigative Consumer Reporting Agencies Act by HireRight, and
3  Defendant is therefore entitled to judgment as a matter of law.  Moreover, an award of
4  punitive damages cannot be sustained without some actual damages, and Plaintiff is
5  not entitled to, and no longer seeks, any actual damages here.

6         This Motion is based upon this Notice, the Appendix of Non-Federal
7  Authorities, the Memorandum of Points and Authorities filed concurrently herewith,
8  the (Proposed) Statement of Uncontroverted Material Facts and Conclusions of Law,
9  the Declarations of  Rod Fliegel, Jerri McCraw, Kathleen Nottingham, Gail Cato,
10 Annie Evans, Lorri Heltzel, Grace Sandlin, Joseph Tripp and Kimberley Tamayo, and
11 all the exhibits attached thereto, all matters of which this Court may take judicial
12 notice, as well as all other papers and records on file with the Court in this action and
13 such oral argument as may be presented during the hearing of this Motion.

14 Dated:   February 16, 2010

16                      */s/  Rod M. Fliegel*
                     ROD M. FLIEGEL
17                      LITTLER MENDELSON
                     A Professional Corporation
18                      Attorneys for Defendant
                     HIRERIGHT SOLUTIONS, INC.

20 Firmwide:91902527.1 061997.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF MOTION AND MOTION FOR
SUMMARY JUDGMENT AND/OR PARTIAL
SUMMARY JUDGMENT

2.

Case No.  SACV-09-351 JVS (ANx)