## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.    SACV 09-351 JVS (ANx)                            Dated:    February 18, 2010

Title:    Daniel Lewis, et al.   v.   Hireright Solutions, Inc., et al.
========================================
### MINUTE ORDER

PRESENT: **HON. ARTHUR NAKAZATO,  U. S. MAGISTRATE JUDGE**

Melissa Cash                                                               CS 2-18-10
Deputy Clerk                                                              Court Recorder

**APPEARANCES:**        Jeffrey Wilens of Lakeshore Law Center for the Plaintiff

                        Rod M. Fliegel of Littler Mendelson, P.C.  for the Defendant

**PROCEEDINGS:**        Settlement Conference

     On this date, a settlement conference was held before the magistrate judge.  After extensive settlement negotiations, a settlement agreement was reached.  The terms of the settlement agreement were spread upon the record, and each party or party's representative stated he or she understood and agreed the terms of the settlement agreement were irrevocable, binding and enforceable, just as if the terms had been reduced to writing.  Magistrate Judge Nakazato urged the parties to submit a stipulation or request for dismissal to Judge Selna within 30 days.


        IT IS SO ORDERED.

cc:     JUDGE SELNA
        All Parties                                             Initials of Deputy Clerk  mc
                                                                                     04:50