1  ROD M. FLIEGEL, Bar No. 168289
   SARAH R. NICHOLS, Bar No. 238357
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Fax No.:    415.399.8490
5  E-mail: rfliegel@littler.com
   E-mail: snichols@littler.com
6
   J. KEVIN LILLY, Bar No. 119981
7  LITTLER MENDELSON
   A Professional Corporation
8  2049 Century Park East, 5th Floor
   Los Angeles, CA 90067.3107
9  Telephone: 310.553.0308
   Fax No.:    310.553.5583
10 Email: klilly@littler.com

11 Attorneys for Defendant
   HIRERIGHT SOLUTIONS, INC.
12 (F/K/A USIS COMMERCIAL SERVICES, INC.)

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15                    SOUTHERN DIVISION
16

17 DANIEL LEWIS, on behalf of himself      Case No. SACV-09-351 JVS (ANx)
   and all persons similarly situated,
18                                          ASSIGNED FOR ALL PURPOSES
19              Plaintiff,                  TO JUDGE JAMES V. SELNA

20      v.                                  STIPULATION FOR DISMISSAL
                                            OF ENTIRE ACTION WITH
21                                          PREJUDICE
   USIS COMMERCIAL SERVICES, INC.,
22 and DOES 1 through 100, inclusive,
23              Defendants.
24
25
26
27
28

STIP. FOR DISMISSAL OF ENTIRE ACTION              Case No. SACV-09-351 JVS (ANx)

1          Plaintiff Daniel Lewis ("Plaintiff") and Defendant HireRight Solutions, Inc. (f/k/a USIS Commercial Services, Inc.) ("Defendant"), by and through their respective counsel of record, HEREBY STIPULATE AND AGREE as follows:

        WHEREAS, on August 8, 2009, Plaintiff filed a First Amended Complaint ("FAC") seeking actual or statutory damages, punitive damages and attorney's fees for: (1) alleged violations of the Investigative Consumer Reporting Agencies Act, California Civil Code Section 1786 et seq.; (2) alleged violations of California Business and Professions Code § 17200, et seq.; and (3) declaratory relief under California Code of Civil Procedure § 1060;

        WHEREAS, Defendant's motion to strike Plaintiff's claims for alleged violations of California Business and Professions Code § 17200, et seq. and declaratory relief under California Code of Civil Procedure § 1060 was granted on October 9, 2009, such that only Plaintiff's claim for alleged violations of the Investigative Consumer Reporting Agencies Act, California Civil Code Section 1786 et seq. remains;

        WHEREAS, Plaintiff has agreed to resolve his claims in a confidential settlement with Defendant that is expressly conditioned on the Court's dismissal, with prejudice, of the FAC in its entirety; and

        WHEREAS, the terms of the settlement are embodied in a detailed settlement agreement, the terms of which the parties have authorized and counsel for the parties have agreed upon;

///
///
///
///
///
///
///

STIP. FOR DISMISSAL OF ENTIRE ACTION     1.     Case No. SACV-09-351 JVS (ANx)

1  NOW, THEREFORE, IT IS HEREBY STIPULATED that:
2      1. This action shall be dismissed with prejudice; and
3      2. Each party shall bear its own costs and attorneys' fees incurred in
4  this action.

6  Dated: March 11, 2010

         _____
         ROD M. FIEGEL
         LITTLER MENDELSON
         A Professional Corporation
         Attorneys for Defendant
         HIRERIGHT SOLUTIONS, INC.

10 Dated: March 10, 2010

         _____
         JEFFREY WILENS
         LAKESHORE LAW CENTER
         Attorneys for Plaintiff
         DANIEL LEWIS

Firmwide:94158099.1 061997.1005

IT IS SO ORDERED

Dated _____

         _____
         United States District Judge